## Harry SHAFFER, Appellant,

### v.

## MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.

### WD 79850

Missouri Court of Appeals, Western District.

Order filed: June 20, 2017

Harry Shaffer, Appellant Pro-se.

Michael J. Spillane, Jefferson City, for Respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

### ORDER

PER CURIAM:

Harry Shaffer appeals the judgment of the trial court dismissing his petition for declaratory judgment and injunctive relief challenging the Missouri Board of Probation and Parole's July 2014 decision setting a conditional release date. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 86.14(b).